# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| XIAOBING WANG AND LIANGQING LI, | |
| Plaintiffs, | Case No. 22-cv-2024 |
| v. | District Judge Thomas M. Durkin |
| INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A," | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## PLAINTIFFS' REVISED MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL DEFENDANTS IDENTIFIED IN SCHEDULE A, WITH THE EXCEPTION OF CERTAIN DEFENDANTS

Plaintiffs Xiaobing Wang and Liangqing Li ("Plaintiffs"), by their counsel, move this Honorable Court to enter Default and Default Judgment against the Defendants identified in Schedule A. In support of this Motion, Plaintiffs submit the accompanying Memorandum.

Respectfully submitted,

/s/ James A. Karamanis
James A. Karamanis
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Ste 3050
Chicago, IL 60601
Tel.: 312/553-5300
Attorney No. 6203479
James@bkchicagolaw.com

*ATTORNEY FOR PLAINTIFFS Xiaobing Wang and Liangqing Li*