# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

XIAOBING Wang, et al.

                                      Plaintiff,

v.

                                Case No.: 1:22−cv−02024

                                Honorable Thomas M. Durkin

Individuals, Partnerships, and Unincorporated Associations on Schedule A, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 7, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 3/7/2024. No one appeared on behalf of defendants. Motion for default judgment as to all remaining Defendants who have not appeared [99] is granted, excluding Defendant #226 donroyj. Plaintiff's counsel is to send a proposed default judgment order to Judge Durkin's proposed order inbox. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.