THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XIAOBING WANG AND LIANGQING LI,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A,"<br><br>Defendants. | Case No. 22-cv-2024<br><br>District Judge Thomas M. Durkin<br>Magistrate Judge Sheila M. Finnegan |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiffs, Xiaobing Wang and Liangqing Li, ("PLAINTIFFS") against the Defendants identified on Schedule A, and PLAINTIFFS having moved for entry of Default and Default Judgment against the Defendants identified on Schedule A except Defendant Donroyj (226), attached hereto (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; PLAINTIFFS having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because

Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, PLAINTIFFS have provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of PLAINTIFFS' federally registered patent (the "PLAINTIFFS' Patent") to residents of Illinois.

PLAINTIFFS' Patent is included in the below chart.

| Registration Number | Registered Patent | International Classes |
|---|---|---|
| US 8,294,542 B2 | Magnetic Suspension Device | H01F 7/00 |

This Court further finds that Defaulting Defendants are liable for federal patent infringement arising under 35 U.S.C. §§ 271, 281, and 284 – 85.

Accordingly, this Court orders that PLAINTIFFS' Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:
    a. using the PLAINTIFFS' Patent or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PLAINTIFFS' product or

        not authorized by PLAINTIFFS to be sold in connection with the PLAINTIFFS' Patent;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine PLAINTIFFS' product or any other product produced by PLAINTIFFS, that is not PLAINTIFFS' or not produced under the authorization, control, or supervision of PLAINTIFFS and approved by PLAINTIFFS for sale under the PLAINTIFFS' Patent;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of PLAINTIFFS, or are sponsored by, approved by, or otherwise connected with PLAINTIFFS; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for PLAINTIFFS, nor authorized by PLAINTIFFS to be sold or offered for sale, and which bear any of PLAINTIFFS' Patent or any reproductions, infringing copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at PLAINTIFFS' choosing:

    a. transfer the Defendant Domain Names to PLAINTIFFS' control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of

    PLAINTIFFS' selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of PLAINTIFFS' selection; or

  b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

  a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the PLAINTIFFS' Patent; and

  b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the PLAINTIFFS' Patent or any reproductions, infringing copies or colorable imitations thereof that is not a genuine PLAINTIFFS' product or not authorized by PLAINTIFFS to be sold in connection with the PLAINTIFFS' Patent.

4. Upon PLAINTIFFS' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

Defaulting Defendants in connection with the sale of infringing goods using the PLAINTIFFS' Patent.

5. Pursuant to 35 U.S.C. § 284, PLAINTIFFS are awarded compensatory damages from each of the Defaulting Defendants for lost profits in the amount specified in Schedule A attached hereto.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the compensatory damages awarded in Paragraph 5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to PLAINTIFFS as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to PLAINTIFFS the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until PLAINTIFFS have recovered full payment of monies owed to it by any Defaulting Defendant, PLAINTIFFS shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that PLAINTIFFS identify any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, PLAINTIFFS may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

10. To obtain release of the bond previously posted in this action, PLAINTIFFS' counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Dated: March 15, 2024

*Thomas M Durkin*

Judge Thomas M. Durkin
United States District Judge

Schedule A

| No. | Defaulted Defendant / Seller Alias | Defendant Marketplace URL | Amount Granted |
|---|---|---|---|
| 57 | bam_qdck | https://www.ebay.com/itm/174543423808?hash=item28a3994940:g:Yd8AAOSwV_ANevP0X | $790.25 |
| 134 | pink.shop_8 | https://www.ebay.com/itm/185191200620?hash=item2b1e41776c:g:krEAAOSwVlR_hpUvA | $0.00 |
| 143 | *fastandsafe* | https://www.ebay.com/itm/175105319935?hash=item28c51723ff:g:pCwAAOSwER_1h3XGd | $0.00 |
| 146 | wangqinews | https://www.ebay.com/itm/304198977662?_trkparms=ispr%3D1&hash=item46d3a_c087e:g:lTMAAOSwDvZgMK~-&amdata=enc%3AAQAGAAACoPYe5NmHp%252B2JMhMi7yxGiTJkPrKr5t53CooMSQt2orsSzaVbXtmGxqmWnpn8RLN2q1KTqzSQknLZ2Hy0hkIgffBlFsOV97sSNr0hlYUeoLoU%252B5NjwUyjP9Sc3BqC5W7LmFWUnO05JHVwJoYJ72W7wG6pub1DTRG7jlJ6nggkFwpE0vfoRX9X1H6yLMR%252BLrG1B3eKcfJa%252BYalER%252BhHjHBNaAhXAGW%252FASsJdaYXv3odw%252FbsxlxqOO6rzcVMDgITiohpCW8Txm8wYjGTdwRdXuOwOwX0MFHY%252FJrsdghvbgL%252Bu1D0uHowI8NNh%252Fo3u0EyikRDUwEcZAQisSKX0UMJt7PSP5Y4NZ7aYA%252F22HuMhV8%252Bqqs2T%252BaOBDFvpgiCIWr12ZPUykdfG55XNfN56DteHNzYkGWEq3T4Yt6nzVjj9leYrSHCD6S4x7WfNdWlK%252F65tTMj9N3SobCT0oBaxNn6eaFaK%252FR5RHw2bIGyvhD0SnW1RrVAnIePJON1xl%252FsKbOjlhTaX7PZ2PYlldwXy6B8SxJ1YWWN%252BQb9bU9jufPixBaN8lZBHytbvDitsz7d6UyQ%252B0%252BQv0eMghGd4gUmln6uMYTr52gpjVOYI%252BHba6tS74VpQe8bsoCJubAL0pjngI%252BFmQ%252BL2DbIru0Rjwc1b7183D%252F8S%252BApjWPTOrbsiiMw7F4hnjyukEkdAHq1ONsrbzktJPLKq4H8%252BTPxzLBcrkKGLEcJndrFBzLdlmIy6jv4 | $229.95 |
| 147 | braketake_multi_store | https://www.ebay.com/itm/234263888923?hash=item368b37441b:g:OnYAAOSwjO_FhfhVm | $0.00 |
| 151 | mogador_store | https://www.ebay.com/itm/224795574109?hash=item3456dc3f5d:g:GYgAAOSw8C_hh5ax9 | $0.00 |
| 153 | ceylonaraliya-emporium | https://www.ebay.com/itm/224634899438?hash=item344d488bee:g:hOYAAOSwh_9VhW0jo | $0.00 |
| 154 | x-gen_stores_lk | https://www.ebay.com/itm/393552485034?hash=item5ba18e5aaa:g:beUAAOSwgg_VhNDDw | $0.00 |
| 158 | sunmadhu_0 | https://www.ebay.com/itm/373727613744?hash=item5703e6d330:g:DSgAAOSwT_F9hR6EI | $0.00 |

| | | | |
|---|---|---|---|
| | | https://www.ebay.com/itm/393888622704?_trkparms=amclksrc%3DITM%26aid%3D1110018%26algo%3DHOMESPLICE.COMPLISTINGS%26ao%3D1%26asc%3D20180518103912%26meid%3D19e23d48a659462886a9cbe04da9ad56%26pid%3D100972%26rk%3D1%26rkt%3D12%26sd%3D373727613744%26itm%3D393888622704%26pmt%3D1%26noa%3D0%26pg%3D2495737%26algv%3DItemStripV101HighAdFeeWithCompV3Ranker%26brand%3DUnbranded&_trksid=p2495737.c100972.m5489&amdata=cksum%3A39388862270419e23d48a659462886a9cbe04da9ad56%7Cenc%3AAAQAGAAACEBN87kb%252FMEX3gtiDcMpVvY%252FLK8N9djLryO9ruvLUjUWdBlVnRYtuUu8cVOt6IsIbgtifmYH5Dm2FjkZg5hK%252BDXokpFugRogP1kt9xpQvc%252FDnXCPWg095yspdHLkQ4zbit%252BDMPyAmlnQ | |
| 159 | demaikeji | | $0.00 |
| 164 | tusker_triangle | https://www.ebay.com/itm/294544805398?hash=item44943d0e16:g:840AAOSwIaJ hj4FC | $0.00 |
| 165 | hopecorri-98 | https://www.ebay.com/itm/284581999758?hash=item424268b48e:g:rPMAAOSwM 6thxtuG | $0.00 |
| 166 | sasadi | https://www.ebay.com/itm/353802304870?hash=item526042bd66:g:8tIAAOSwekJ hsEmJ | $0.00 |
| 174 | hen1972hen | https://www.ebay.com/itm/154820924562?hash=item240c0bd492:g:lfcAAOSwEgF h-Duu | $0.00 |
| 177 | reliablesellbuy | https://www.ebay.com/itm/265445602949?hash=item3dcdca7685:g:NxAAAOSw0w lhsxvA | $0.00 |
| 179 | tatbach0 | https://www.ebay.com/itm/403369075701?hash=item5deaaba3f5:g:NVcAAOSwBa hhwhqm | $0.00 |
| 181 | davidsims | https://www.ebay.com/itm/124955539090?hash=item1d17ee3692:g:hjYAAOSwZ9 BhaaOM | $0.00 |
| 184 | solange-1 | https://www.ebay.com/itm/134023501793?hash=item1f346c57e1:g:cQoAAOSw6h RiCRih | $0.00 |
| 186 | zozoland | https://www.ebay.com/itm/154820175709?hash=item240c00675d:g:WzEAAOSw8 P1h96lp | $0.00 |
| 188 | romarg_60 | https://www.ebay.com/itm/224830541017?hash=item3458f1ccd9:g:y- 8AAOSwk~FiBAo5 | $0.00 |
| 192 | demaikeji | https://www.ebay.com/itm/393888622704?hash=item5bb5976870:g:HzcAAOSwuy hhOCvA | $0.00 |
| 200 | demaikeji2021 | https://www.ebay.com/itm/185264677272?hash=item2b22a2a198:g:Wn8AAOSw8 FhgfkbS | $0.00 |
| 202 | abeyrdilha | https://www.ebay.com/itm/165056859302?hash=item266e27cca6:g:OAkAAOSwfG liDSFn | $0.00 |

| | | | |
|---|---|---|---|
| 213 | riskndreward | https://www.ebay.com/itm/265426154076?hash=item3dcca1b25c:g:l2EAAOSwDY Rho283 | $0.00 |
| 214 | ildo4217 | https://www.ebay.com/itm/403337793076?_trkparms=amclksrc%3DITM%26aid%3D1110018%26algo%3DHOMESPLICE.COMPLISTINGS%26ao%3D1%26asc%3D20180518103912%26meid%3D282e5b3373214e658821b93b4c685bf4%26pid%3D100972%26rk%3D4%26rkt%3D12%26sd%3D265426154076%26itm%3D403337793076%26pmt%3D1%26noa%3D0%26pg%3D2495737%26algv%3DItemStripV101HighAdFeeWithCompV3Ranker&_trksid=p2495737.c100972.m5489&amdata=cksum%3A403337793076282e5b3373214e658821b93b4c685bf4%7Cenc%3AAAQAGAAACAM9SvKD4OKtl5euw%252F4EM75SLOpOfrUuHi2L%252BS8%252ByFJOL2NBtyDjDqBraQdiaYIirWsKVngTFHvIrz%252FF721yg1mDOhDtw5cI%252F1f | $0.00 |
| 215 | yyt108 | https://www.ebay.com/itm/203783361116?_trkparms=amclksrc%3DITM%26aid%3D1110018%26algo%3DHOMESPLICE.COMPLISTINGS%26ao%3D1%26asc%3D20180518103912%26meid%3D282e5b3373214e658821b93b4c685bf4%26pid%3D100972%26rk%3D11%26rkt%3D12%26sd%3D265426154076%26itm%3D203783361116%26pmt%3D1%26noa%3D0%26pg%3D2495737%26algv%3DItemStripV101HighAdFeeWithCompV3Ranker%26brand%3DUnbranded&_trksid=p2495737.c100972.m5489&amdata=cksum%3A203783361116282e5b3373214e658821b93b4c685bf4%7Cenc%3AAAQAGAAACEM9SvKD4OKtl5euw%252F4EM75SLOpOfrUuHi2L%252BS8%252ByFJOL2NBtyDjDqBraQdiaYIirWu0LM1uvMrIK6kkmuwaV2rLaMpa3skkaTPzpJQKnYX%252BFHaMrDA%252FWqLkOR2tlC4FXVkFCoxIlf%252F%252BnjugdhZiPGngIy2cKhdDR1pl39bCVuZsBwYCVnFSjkqn4zj0bHNAf7aMyXty80x1L6rRcKLyxo6v8pA4PXrcGWbhQ6P1EhTItnLYvFAjzE%252FnvTetUSCkf | $0.00 |
| 218 | hope-1402 | https://www.ebay.com/itm/373878112969?hash=item570cdf42c9:g:LqkAAOSwZCl h4z~N | $0.00 |
| 221 | joy_garden_shop | https://www.ebay.com/itm/384736683659?hash=item599417e68b:g:92wAAOSwb1_piC-22 | $0.00 |
| 227 | harindrahasaranga | https://www.ebay.com/itm/284536729756?hash=item423fb5f09c:g:~u4AAOSw~dZ hmUAo | $0.00 |

9

| | | | |
|---|---|---|---|
| 231 | kingkey100 | https://www.ebay.com/itm/353871295579?hash=item52645f745b:g:JZ8AAOSwdiV_h7JZl | $0.00 |
| 233 | donishopp | https://www.ebay.com/itm/274591746022?_trkparms=ispr%3D1&hash=item3feef187e6:g:SYcAAOSwlRVfwKmt&amdata=enc%3AAQAGAAACoPYe5NmHp%252B2JMhMi7yxGiTJkPrKr5t53CooMSQt2orsSlHY%252FYTip4QFVjNQrCEJt6kWwfTEdbjpLUlBYP%252BAvoDf0ZHIWKY4hNa3AQz3om%252F0gWsv3CCR3RReVbPaNPk8bWp799R85%252FZ2JHE%252BYWg4YrlMgmonUgiJa23P7tECKHbU6YPMgK9gIqthKjuO5djeRx9JjXsFtL96k3Oau | $89.99 |
| 239 | egrahma-0 | https://www.ebay.com/itm/234372403779?hash=item3691af1243:g:4EYAAOSwud_Bh3Uk4 | $0.00 |
| 247 | yon_9993 | https://www.ebay.com/itm/383867670898?hash=item59604bd172:g:ABsAAOSwR_oNf4gd~ | $0.00 |
| 256 | siempremejorcalidad | https://www.ebay.com/itm/154758789384?_trkparms=amclksrc%3DITM%26aid%3D1110006%26algo%3DHOMESPLICE.SIM%26ao%3D1%26asc%3D236703%26meid%3D143f0ceebe384baf89940fa866d10296%26pid%3D101195%26rk%3D5%26rkt%3D12%26sd%3D185106635378%26itm%3D154758789384%26pmt%3D1%26noa%3D0%26pg%3D2047675%26algv%3DSimplAMLv9PairwiseWebMskuAspectsV202110NoVariantSeedWithWeightedSampleMeHot%26brand%3DUnbranded&_trksid=p2047675.c101195.m1851 | $0.00 |
| 257 | rapid_152 | https://www.ebay.com/itm/393801752269?_trkparms=amclksrc%3DITM%26aid%3D1110006%26algo%3DHOMESPLICE.SIM%26ao%3D1%26asc%3D236703%26meid%3D143f0ceebe384baf89940fa866d10296%26pid%3D101195%26rk%3D7%26rkt%3D12%26sd%3D185106635378%26itm%3D393801752269%26pmt%3D1%26noa%3D0%26pg%3D2047675%26algv%3DSimplAMLv9PairwiseWebMskuAspectsV202110NoVariantSeedWithWeightedSampleMeHot&_trksid=p2047675.c101195.m1851&amdata=cksum%3A393801752269143f0ceebe384baf89940fa86 | $0.00 |

| | | | |
|---|---|---|---|
| 258 | maden-ussr | https://www.ebay.com/itm/124949060707?_trkparms=amclksrc%3DITM%26aid%3D1110006%26algo%3DHOMESPLICE.SIM%26ao%3D1%26asc%3D236703%26meid%3D143f0ceebe384baf89940fa866d10296%26pid%3D101195%26rk%3D8%26rkt%3D12%26sd%3D185106635378%26itm%3D124949060707%26pmt%3D1%26noa%3D0%26pg%3D2047675%26algv%3DSimplAMLv9PairwiseWebMskuAspectsV202110NoVariantSeedWithWeightedSampleMeHot%26brand%3DUnbranded&_trksid=p2047675.c101195.m1851&amdata=cksum%3A124949060707143f0ceebe384baf89940fa866d10296%7Cenc%3AAAQAGAAACQAqbHloRjnG1PKUx9ULbkSLuNigPlJLHAcXRhjw72Yzk7oA6B | $0.00 |
| 266 | ceylon_miracle | https://www.ebay.com/itm/294617910514?hash=item4498988cf2:g:06QAAOSwfz5_hjA1z | $0.00 |
| 267 | focallink | https://www.ebay.com/itm/384693273553?hash=item59918183d1:g:RIoAAOSwWn_th7A-c | $0.00 |
| 268 | zeamoda_women_area | https://www.ebay.com/itm/234413919842?hash=item3694288e62:g:BfgAAOSwSU_BiBBsy | $0.00 |
| 272 | kivansyckl_0 | https://www.ebay.com/itm/363374437736?hash=item549acde568:g:CXQAAOSwG_h1ghx4- | $0.00 |
| 273 | kangla-72 | https://www.ebay.com/itm/353444459910?hash=item524aee7586:g:Jw4AAOSwkS_Nf~x4D | $1,034.79 |
| 276 | toptoptop2012 | https://www.ebay.com/itm/264300196117?hash=item3d8984f115:g:6LYAAOSw7P_pcwtYd | $599.00 |
| 284 | AT-Home | https://www.walmart.com/ip/Levitating-Saturn-Moon-Lamp-Floating-Spinning-Moonlight-Magnetic-Levitation-3D-Printing-Night-Light-3-LED-Colors-Hover-Home-Office-Desk-Decor-Childre/426186619?athbdg=L1700 | $0.00 |
| 286 | Winner to Buy | | https://www.walmart.com/ip/Lifcasual-Levitating-Moon-Lamp-Floating-Spinning-Moonlight-Magnetic-Levitation-3D-Printing-Night-Light-3-LED-Colors-Hover-Home-Office-Desk-Decor-Chil/949961493?athbdg=L1700 | $0.00 |
| 295 | Sunshine store Line | https://www.walmart.com/ip/Ailaah-Levitating-Moon-Lamp-Floating-Spinning-Moonlight-Magnetic-Levitation-3D-Printing-Night-Light-3-LED-Colors-Hover-Home-Office-Desk-Decor-Childre/479284089?athbdg=L1700 | $0.00 |
| 297 | Lickety Split | https://www.walmart.com/ip/Levitating-Floating-Saturn-Lamp-Light/704463812 | $0.00 |

| | | | |
|---|---|---|---|
| 306 | perllo | https://www.wish.com/product/6154623fe0534574a62f2fa1?source=cart&hide_logi n_modal=true&share=web | $0.00 |
| 307 | xtmhn | https://www.wish.com/product/60cb25d68efb879a199b4435?source=cart&hide_log in_modal=true&share=web | $86.22 |
| 308 | International friendship store 2010. | https://www.wish.com/product/60548184e554961572519895?source=cart&hide_l ogin_modal=true&share=web | $127.00 |
| 309 | Maida | https://www.wish.com/product/59424215a8834646f2acf74e?source=cart&hide_lo gin_modal=true&share=web | $200.39 |
| 310 | gujinqin11120 | https://www.wish.com/product/5fae9ca2c18695c614b6230b?source=cart&hide_lo gin_modal=true&share=web | $321.78 |
| 312 | gadqf | https://www.wish.com/product/607cfa6b94222193b5444fe5?source=cart&hide_log in_modal=true&share=web | $3,561.97 |
| 314 | Catelyn | https://www.wish.com/product/5f800b1b9d640712b4291b2d?source=cart&hide_lo gin_modal=true&share=web | $5,421.81 |
| 315 | JUMU Supermarket | https://www.wish.com/product/5e46b777748fe47f403a2955?source=cart&hide_lo gin_modal=true&share=web | $0.00 |
| 317 | MLWINSHOP2021 | https://www.wish.com/product/60e3f8a06b4ce56dac645227?source=cart&hide_lo gin_modal=true&share=web | $0.00 |
| 318 | SHIDAN DASIY SHOP | https://www.wish.com/product/5fc5b4a1b68ea308c4ae84e4?source=cart&hide_lo gin_modal=true&share=web | $0.00 |
| 319 | chengduyuchangshop | https://www.wish.com/product/60dd1df92fcbb514f8a4436e?source=cart&hide_logi n_modal=true&share=web | $0.00 |
| 321 | Choco Home | https://www.wish.com/product/61dba8cee634a1afea29f908?source=cart&hide_logi n_modal=true&share=web | $0.00 |
| 321 | Choco Home | https://www.wish.com/product/6188d67906e71a8d8065dea4?source=cart&hide_l ogin_modal=true&share=web | $0.00 |
| 323 | xiachengshop | https://www.wish.com/product/60b992a611e10a1183d59323?source=cart&hide_l ogin_modal=true&share=web | $0.00 |
| 325 | PENGDAN Shop | https://www.wish.com/product/6037679fd96087d48936688d?source=cart&hide_lo gin_modal=true&share=web | $0.00 |

| 328 | Tian National Day | https://www.wish.com/product/5f4c533d7931fc01d2dcf643?source=cart&share=web | $0.00 |
|---|---|---|---|
| 329 | Qualityland | https://www.wish.com/product/61bb408543ef629e14e36204?source=cart&hide_login_modal=true&share=web | $0.00 |
| 331 | Loss1990 | https://www.wish.com/product/6041aa029dbee75b88d75df0?source=cart&hide_login_modal=true&share=web | $0.00 |
| 334 | 2020happy good | https://www.wish.com/product/608c0b610eb9a454db223ed5?source=cart&hide_login_modal=true&share=web | $0.00 |
| 335 | dioqu | https://www.wish.com/product/607cfa6b2d9789093c1b84c2?source=cart&hide_login_modal=true&share=web | $578.74 |
| 336 | Bryan Tovar | https://www.wish.com/product/618fc02cf94b2661ffc33391?source=cart&hide_login_modal=true&share=web | $0.00 |
| 337 | liangliusu | https://www.wish.com/product/61e176bb578ac82cbd34ed1b?source=cart&hide_login_modal=true&share=web | $0.00 |
| 338 | CaiyunCLOUD | https://www.wish.com/product/60d2eed522e016bf4bff13b7?source=cart&hide_login_modal=true&share=web | $0.00 |
| 341 | FCCV | https://www.wish.com/product/5f4e23be4a77fd0fda933ee1?source=cart&share=web | $2,140.91 |
| 343 | yahse | https://www.wish.com/product/609a390604071340f7fbef81?source=cart&share=web | $0.00 |
| 345 | ganjing | https://www.wish.com/product/605485b93360672ac283e5f0?source=cart&share=web | $0.00 |
| 346 | NBZLD Store | https://www.wish.com/product/608a5d3e4a98e488d89803d5?source=cart&share=web | $0.00 |
| 347 | wujim | https://www.wish.com/product/61e1507c3ecc1a85a7f53c20?source=cart&hide_login_modal=true&share=web | $0.00 |
| 348 | RuningShop | https://www.wish.com/product/60b4a404908ad682d95f99e8?source=cart&share=web | $69.00 |
| 352 | zhanjiamingshop | https://www.wish.com/product/608285ac7a295b7cbc691dce?source=cart&hide_login_modal=true&share=web | $200.00 |
| 355 | lijie2 | https://www.wish.com/product/609f6a217b56413161eb015f?source=cart&hide_login_modal=true&share=web | $0.00 |

| | | | |
|---|---|---|---|
| 357 | chengduyanyukeji | https://www.wish.com/product/609e0e62dad13912b11f9b45?source=cart&hide_lo gin_modal=true&share=web | $0.00 |
| 359 | Guanping Electronic Commerce Co., Ltd. | https://www.wish.com/product/61bc722fad5ef68f67b90d01?source=cart&hide_logi n_modal=true&share=web | $0.00 |
| 361 | CangzaidengkencVd | https://www.wish.com/product/610a1a473eb3a723c8f9980d?source=cart&hide_lo gin_modal=true&share=web | $0.00 |
| 362 | Buehally | https://www.wish.com/product/5bf4ef48a33b96281bb46fcd?source=cart&hide_log in_modal=true&share=web | $0.00 |
| 363 | zhaotong123 | https://www.wish.com/product/601917038cb420ebb59cf987?source=cart&hide_lo gin_modal=true&share=web | $0.00 |
| 365 | lijiahai | https://www.wish.com/product/609f69ee5b2c394cccd626f7?source=cart&hide_logi n_modal=true&share=web | $0.00 |
| 367 | liyushop2021 | https://www.wish.com/product/607ff2390487a80cd07321ba?source=cart&hide_lo gin_modal=true&share=web | $0.00 |
| 369 | KFISI | https://www.amazon.com/KFISI-Printing- Magnetic-Levitation-Rotating/dp/B07MM6JZFK/ref=sr_1_73?crid=24ALUF5767YM3&dchild=1&keywor ds=levitating+moon+lamp&qid=1634174 607&sprefix=LEVITATING+%2Caps%2C 441&sr=8-73 | $82,987.80 |
| 380 | TSY | https://www.amazon.com/TSY-Levitating- Levitation-Suspension-Authentic/dp/B0838XL3QT/ref=sr_1_25?dchild=1&keywords=levitating+POT&qid= 1634175413&sr=8-25 | $18,688.97 |
| 409 | Onirri | https://www.amazon.com/Onirri- Levitating-Moon-Lamp-Decorations/dp/B09LT2626B/ref=sr_1_2 94?crid=9GMC5W3XB3H5&keywords=M agnetic+Levitation+Floating&qid=164505 4892&sprefix=magnetic+levitation+floatin g%2Caps%2C50&sr=8-294 | $2,929.44 |